NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
stephan.collins@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:01-cr-151-JWS |
| | ) | |
| Plaintiff, | ) | <u>NOTICE OF ATTORNEY</u> |
| | ) | <u>APPEARANCE</u> |
| vs. | ) | |
| | ) | |
| NOLASCO et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States by and through counsel and hereby gives notice that Assistant United States Attorney Stephan A. Collins now appears as counsel for the for United States of America in the above-entitled action. All future correspondence in this matter should be sent to:

Stephan A. Collins
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
stephan.collins@usdoj.gov

 In addition, the government requests that the Court no longer serve pleadings in the above-captioned case on US Attorney Richard L. Pomeroy now that the undersigned is appearing as counsel in this case.

 RESPECTFULLY SUBMITTED this 3rd day of April, 2008 at Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/ Stephan A. Collins
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: 907-271-5071
        Fax: (907) 271-1500
        stephan.collins@usdoj.gov